UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.  CASE NO.: 2:22-cr-67-SPC-KCD

LATREL JACKSON
_____

# ORDER

Before the Court is Defendant Latrel Jackson's Amended Motion to Withdraw and/or Vacate Plea Agreement (Doc. 200) and United States Magistrate Judge Kyle C. Dudek's Amended Report and Recommendation (Doc. 204). Judge Dudek recommends denying the motion. No party objected, so the matter is ripe for review.

After conducting a careful and complete review of the findings and recommendations, a district judge "may accept, reject, or modify, in whole or in part," the magistrate judge's Report and Recommendation. 28 U.S.C. § 636(b)(1)(C). In the absence of specific objections, there is no requirement that a district judge review the Report and Recommendation de novo. *See Garvey v. Vaughn*, 993 F.2d 776, 779 n.9 (11th Cir. 1993). Instead, when parties don't object, a district court need only correct plain error as demanded by the interests of justice. *See, e.g., Symonette v. V.A. Leasing Corp.*, 648 F. App'x 787, 790 (11th Cir. 2016); *Thomas v. Arn*, 474 U.S. 140, 150-52 (1985). Plain error exists if (1) "an error occurred"; (2) "the error was plain"; (3) "it affected

substantial rights"; and (4) "not correcting the error would seriously affect the fairness of the judicial proceedings." *Farley v. Nationwide Mut. Ins.*, 197 F.3d 1322, 1329 (11th Cir. 1999).

After careful consideration and an independent review of the case, the Court finds no plain error. It accepts and adopts the Report and Recommendation in full.

Accordingly, it is now

**ORDERED:**

1. United States Magistrate Judge Kyle C. Dudek's Amended Report and Recommendation (Doc. 204) is **ACCEPTED and ADOPTED**, and the findings are incorporated herein.

2. Defendant Latrel Jackson's Amended Motion to Withdraw and/or Vacate Plea Agreement (Doc. 200) is **DENIED**.

3. Sentencing remains set for August 19, 2024, at 10:00 AM in Fort Myers Courtroom 5D.

**DONE AND ORDERED** in Fort Myers, Florida on August 13, 2024.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: Counsel of Record

2